UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
SHEERAN, FRANCIS G.  §  Case No. 10-54828
        §
    Debtor(s)  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/28/2013 in Courtroom 613,
                    United States Bankruptcy Court
                    219 South Dearborn Street
                    Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/29/2013                By: /s/ Barry A. Chatz, Trustee
                                                                   Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-54828-TAB
Francis G. Sheeran                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dramey              Page 1 of 2            Date Rcvd: Apr 30, 2013
                              Form ID: pdf006           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2013.
```
db         +Francis G. Sheeran,   6339 S. Kilbourn,   Chicago, IL 60629-5536
20320038    American InfoSource LP as agent for TD Bank, USA,   PO Box 248866,
             Oklahoma City, OK 73124-8866
16535353   +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
16535354   +Christ Hospital & Medical Ctr,   4440 W. 95th Street,   Oak Lawn, IL 60453-2699
16535356    FFCC-Columbus,   PO BOX 20790,   Columbus, OH 43220-0790
16535358    GMAC Mortgage,   PO BOX 4622,   Waterloo, IA 50704-4622
16535361    HSBC Bank,   PO BOX 5253,   Carol Stream, IL 60197-5253
16535359   +Harris & Harris Ltd.,   222 Merchandise Mart Plaza,   Suite 1900,   Chicago, IL 60654-1421
16535362   +Illinois Collection Service,   3101 W. 95th Street,   Evergreen Park, IL 60805-2407
16535363   +Mac Neil Hospital,   2384 Paysphere Circle,   Chicago, IL 60674-0023
16535366   +Target,   PO BOX 673,   Minneapolis, MN 55440-0673
16535367   +VHS Genesis Labs,   1590 Paysphere Circle,   Chicago, IL 60674-0015
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17798052    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 01 2013 03:03:50
             American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK 73124-8866
16535355    E-mail/PDF: mrdiscen@discoverfinancial.com May 01 2013 03:03:41      Discover Fincl Svc LLC,
             PO BOX 15316,   Wilmington, DE 19850-5316
17731706    E-mail/PDF: mrdiscen@discoverfinancial.com May 01 2013 03:03:41      Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
16535360   +E-mail/Text: tkowalczyk@heartcc.com May 01 2013 02:46:01     Heart Care Center,   POB 766,
             Bedford Park, IL 60499-0766
16535364   +E-mail/Text: bankruptcydpt@mcmcg.com May 01 2013 02:40:28     Midland Credit Mgmt,
             8875 Aero Dr.,   San Diego, CA 92123-2255
                                                                                              TOTAL: 5
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16535357   ##+Garcia Life Partners,   POB 388320,   Chicago, IL 60638-8320
16535365   ##+Nationwide Credit & Coll,   815 Commerce Drive,   Ste 100,   Oak Brook, IL 60523-8839
                                                                              TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 02, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: dramey              Page 2 of 2                  Date Rcvd: Apr 30, 2013
                              Form ID: pdf006           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2013 at the address(es) listed below:

```
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Christina M Riepel    on behalf of Trustee Barry A Chatz gstern2@flash.net
              Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              James  Hausler    on behalf of Trustee Barry A Chatz james.e.hausler@gmail.com
              Monica C O'Brien    on behalf of Trustee Barry A Chatz gstern1@flash.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard J Forst    on behalf of Debtor Francis G. Sheeran forstlaw@sbcglobal.net
                                                                                             TOTAL: 7
```