UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
SHEERAN, FRANCIS G. § Case No. 10-54828
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/BARRY A. CHATZ _____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

Document      Page 4 of 10

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ARNSTEIN & LEHR LLP | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-54828 | TAB | Judge: TIMOTHY A. BARNES | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | SHEERAN, FRANCIS G. | | | | Date Filed (f) or Converted (c): | 12/11/10 (f) |
| | | | | | 341(a) Meeting Date: | 01/07/11 |
| For Period Ending: | 08/24/13 | | | | Claims Bar Date: | 11/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 171,000.00 | 0.00 | | 0.00 | FA |
|    6339 South Kilbourn, Chicago, IL 60629 | | | | | |
| 2. HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | FA |
|    OMPUTER, 2 YEARS OLD | | | | | |
|    IN DEBTOR'S POSSESSION | | | | | |
| 3. HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
|    TV, 3 YEARS OLD | | | | | |
|    IN DEBTOR'S POSSESSION | | | | | |
| 4. FURS AND JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
|    JEWELRY & RING, 6 YEARS OLD | | | | | |
|    IN DEBTOR'S POSSESSION | | | | | |
| 5. FIREARMS AND HOBBY EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
|    TREADMILL, 3 YEARS OLD | | | | | |
|    IN DEBTOR'S POSSESSION | | | | | |
| 6. AUTOMOBILES, TRUCKS, TRAILERS, AND | 1,475.00 | 0.00 | | 0.00 | FA |
|    1996 PONTIAC FIREBIRD, 140,000 MILES, GOOD CONDITION | | | | | |
|    IN DEBTOR'S POSSESSION | | | | | |
| 7. Unscheduled Assets (u) | 0.00 | 0.00 | | 12,000.00 | FA |
|    SETTLEMENT OF THREE (3) EEOC CLAIMS VS. USPS | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $174,075.00     $0.00     $12,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1     Ver: 17.02g

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-54828    TAB    Judge: TIMOTHY A. BARNES | Trustee Name: BARRY A. CHATZ |
| Case Name: | SHEERAN, FRANCIS G. | Date Filed (f) or Converted (c): 12/11/10 (f) |
| | | 341(a) Meeting Date: 01/07/11 |
| | | Claims Bar Date: 11/25/11 |

TFR SCHEDULED FOR HEARING 5/28/13

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 05/28/13

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 17.02g

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-54828 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | SHEERAN, FRANCIS G. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6385  Checking Account |
| Taxpayer ID No: | *******9988 | | |
| For Period Ending: | 08/24/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/12 | 7 | UNITED STATES POSTAL SERVICE | LITIGATION SETTLEMENT | 1249-000 | 12,000.00 | | 12,000.00 |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | 12,000.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 12,000.00 | 12,000.00 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 12,000.00 | |
| | Subtotal | | 12,000.00 | 0.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 12,000.00 | 0.00 | |

Page Subtotals     12,000.00     12,000.00

Ver: 17.02g

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-54828 | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | SHEERAN, FRANCIS G. | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9173  Checking Account |
| Taxpayer ID No: | *******9988 | | | |
| For Period Ending: | 08/24/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 12,000.00 | | 12,000.00 |
| 02/21/13 | 300001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 10.17 | 11,989.83 |
| 05/28/13 | 300002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 2,005.83 | 9,984.00 |
| | | | Fees         1,950.00 | 2100-000 | | | |
| | | | Expenses        55.83 | 2200-000 | | | |
| 05/28/13 | 300003 | Arnstein & Lehr LLP<br>Special Counsel<br>120 S. Riverside Plaza<br>Suite 1200<br>Chicago, IL 60606 | ATTORNEY FOR TRUSTEE | 3110-000 | | 5,000.00 | 4,984.00 |
| 05/28/13 | 300004 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60606 | ATTORNEY FOR TRUSTEE | | | 2,481.00 | 2,503.00 |
| | | | Fees         2,458.00 | 3210-000 | | | |
| | | | Expenses        23.00 | 3220-000 | | | |
| 05/28/13 | 300005 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 19.99% | 7100-000 | | 2,223.18 | 279.82 |
| 05/28/13 | 300006 | AMERICAN INFOSOURCE LP (FOR TARGET)<br>PO BOX 248866<br>OKLAHOMA CITY, OK 73124-8866 | Claim 000002, Payment 19.99% | 7100-000 | | 279.82 | 0.00 |
| | | | Page Subtotals | | 12,000.00 | 12,000.00 | |

Ver: 17.02g

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-54828 |
| Case Name: | SHEERAN, FRANCIS G. |
| Taxpayer ID No: | *******9988 |
| For Period Ending: | 08/24/13 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF NEW YORK MELLON |
| Account Number / CD #: | *******9173  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,000.00 | 12,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 12,000.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 12,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 12,000.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - *******6385 | | 12,000.00 | 0.00 | 0.00 |
| | | | Checking Account - *******9173 | | 0.00 | 12,000.00 | 0.00 |
| | | | | | 12,000.00 | 12,000.00 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 17.02g

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*